# EXHIBIT 2



**WARNING:** Tobacco smoke can harm your children.

<u>FDA Description:</u> "The image shows the head and shoulders of a young boy (aged 8-10 years) wearing a hospital gown and receiving a nebulizer treatment for chronic asthma resulting from secondhand smoke exposure." 85 Fed. Reg. at 15,671.

<u>**The warning is not "purely factual and uncontroversial."**</u>

- The image of a sickly looking child in a hospital gown in need of oxygen is not a "pure attempt[] to convey information," but instead seeks to advance FDA's anti-smoking viewpoint by "evok[ing] an emotional response" in consumers. *R.J. Reynolds*, 696 F.3d at 1216-17. Adults viewing the image would be horrified at the thought of inflicting such harm on their children. Contrary to FDA's assertion, the image includes "unnecessary details" and "elements" that "evoke a negative emotional response." 85 Fed. Reg. at 15,671. FDA's studies confirm this:

  o Participants in FDA's April 2018 qualitative study (p. 16) said the image "conveys the severity" of harm based on "the mask, dark circles under his eyes, and pale skin."

  o FDA's June 2016 Study (pp. 22-24, 158) reported, with respect to an earlier, similar version of the image, that "[t]he sadness expressed in the subject's eyes and the oxygen mask grabbed participants' attention" and that participants described the image as "scary," "cruel[]," and provoking "despair," and recommended that FDA "[m]aintain the look of dismay (e.g., sadness in the eyes)" to grab attention.

<u>**The warning fails to advance FDA's asserted interest in a manner no more extensive than necessary.**</u>

- Harm to children is not a "less-known" health consequence of smoking. Rather, it was not new information to over 97% of adults. *See* July 2015 Study Rpt. 35; *see also* June 2016 Study Rpt. 22 (reporting that earlier, similar image "did not provide participants with new information").

- The image does not effectively convey the health information FDA asserts. No reasonable consumer would be able to determine from the image that the child depicted has "chronic asthma resulting from secondhand smoke exposure" or is "receiving a nebulizer treatment." Rather, the image suggests only that the child is experiencing a medical emergency that requires receipt of oxygen. *See* April 2018 Qualitative Study Rpt. 14 ("Some participants stated that it was unclear what was wrong with the child. Without additional information, participants would not know that the image is associated with smoking."). Indeed, less than one-fifth of study respondents selected this graphic warning as the best representation of how smoking harms children. *See id.* at 18.

- The warning did not meaningfully affect participants' health beliefs about smoking after repeated exposure. *See* 85 Fed. Reg. at 15,672.

<u>**The warning is misleading.**</u>

- Contrary to FDA's assertion, the selected image does not depict a "common visual presentation of the health condition [or] show[] the disease state as it is typically experienced," *id.*, but instead depicts the "worst case" scenario. Ex. G to RAI Servs. Cmt., Brooks Decl. ¶ 4.

| | |
|---|---|
| **WARNING:** Tobacco smoke causes fatal lung disease in nonsmokers.<br><br>FDA Description: "The image shows gloved hands holding a pair of diseased lungs containing cancerous lesions from chronic secondhand smoke exposure." 85 Fed. Reg. at 15,673. | **The warning is not "purely factual and uncontroversial."**<br><br>• The image of blood-covered hands holding bloody, diseased lungs from a deceased individual is not a "pure attempt[] to convey information," but instead seeks to advance FDA's anti-smoking viewpoint by "evok[ing] an emotional response" in consumers. *R.J. Reynolds*, 696 F.3d at 1216-17. The image is clearly aimed at shocking or disturbing viewers with its goriness, which is "unnecessary" to convey the relevant health risk. 85 Fed. Reg. at 15,673. FDA's June 2016 study confirmed this:<br>　　○ The study reported (pp. 33, 37), with respect to a materially similar image, that "[p]articipants were particularly affected by the image's harsh depiction of a body organ in the palms of a surgeon," and found the image "attention-grabbing because of its gruesome depiction and implication of death."<br><br>FDA heightened the emotional appeal of the image, adopting the study's recommendation to "[m]ake the blood on the gloves more discernible" and "[k]eep the surgeon/coroner's hands in the picture, as they convey the realism of the resulting death rather than a 'medical textbook' image." *Id.* at 159.<br><br>**The warning fails to advance FDA's asserted interest in a manner no more extensive than necessary.**<br><br>• FDA acknowledged that nonsmoker lung disease is not a "less-known" smoking-related health condition, but instead is a "better-known health consequence[] of smoking." 84 Fed. Reg. at 42,767 n.5.<br><br>• The image does not effectively convey the health information FDA asserts. As FDA's April 2018 study illustrates, the image does not provide any information not already contained in the text:<br>　　○ The study (pp. 41, 43) reported "[i]t is not clear why the person is holding the lungs or whether they had just been removed or were going to be put in someone's body," noting that participants relied on the textual warning to "help[] them to understand what was happening in the image." Some participants, moreover, thought the lungs were healthy.<br><br>• The warning states that smoking "causes" fatal lung disease, despite an FDA study finding that consumers react negatively to that kind of definitive phrasing. July 2015 Study Rpt. 52. Less than 10% of study participants selected this warning as best illustrating the relevant health condition. April 2018 Qualitative Study Rpt. 47.<br><br>• Participants found the warning *less* factual than the Surgeon General's warnings. May 2019 Study Rpt. tbl.3-3.<br><br>**The warning is misleading.**<br><br>• The warning misleadingly emphasizes a condition that is less prevalent than other smoking-attributable health conditions. *See* Altria Cmt. tbl.1.<br><br>• The image does not accurately depict the warned-against risk. Environmental tobacco smoke would not result in the depicted pigmentation or legions. *See* Ex. I to RAI Sevs. Cmt., Farber Decl. ¶¶ 4-6. |



**FDA Description:** "The image shows the head and neck of a woman (aged 50-60 years) who has neck cancer caused by cigarette smoking. The woman has a visible tumor protruding from the right side of her neck just below her jawline." 85 Fed. Reg. at 15,674.

**The warning is not "purely factual and uncontroversial."**

- The image of a woman with a large tumor protruding from her neck is not a "pure attempt[] to convey information," but instead seeks to advance FDA's anti-smoking viewpoint by "evok[ing] an emotional response" in consumers. *R.J. Reynolds*, 696 F.3d at 1216-17. The disturbing and unsightly image is clearly aimed at provoking disgust or discomfort at the sight of the image or fear at the prospect of experiencing the uncomfortable medical condition. FDA's June 2016 study confirms this:

  o The study (p. 61) reported that the "woman's facial expression" of sadness in an earlier, similar image was attention grabbing. The study recommended that FDA "maintain look of sadness/despair" on the woman's face. *Id.* at 161.

**The warning fails to advance FDA's asserted interest in a manner no more extensive than necessary.**

- The selected image does not effectively convey the health information FDA asserts. FDA's own studies illustrate this:

  o Fewer than 6% of participants in FDA's April 2018 qualitative study (p. 37) selected this warning as the text/image pairing that best represents how smoking causes cancer. The June 2016 study (pp. 61, 161) reported, with respect to a similar earlier image, that participants had "some confusion about what the protrusion was," and recommended that FDA delete the image since "[i]t wasn't clear what the message was even when the tumor was identified."

- The warning states that smoking "causes" head and neck cancer, despite an FDA study finding that consumers react negatively to that kind of definitive phrasing. July 2015 Study Rpt. 52.

- Participants deemed the textual statement significantly *less* believable and factual than the generic TCA cancer statement, and the statement did not demonstrate a statistically significant improvement in the "thinking about health risks" measure. April 2018 Quantitative Study Rpt. 3-8-3-9 (69-70) & tbls.3-5, 3-6.

- Participants deemed the graphic warning *less* factual than the Surgeon General's warnings. May 2019 Study Rpt. tbl.3-3.

**The warning is misleading.**

- The warning misleads consumers about the relative, smoking-attributable risks because it: 1) suggests to consumers that their relative risk of exposure to head and neck cancer is the same as or greater than their relative risk of exposure to other, more-prevalent smoking-related conditions, *see* Altria Cmt. tbl.1; and 2) emphasizes head and neck cancer while FDA omits other conditions with worse survival rates, *id.* fig.8.

- The warning does not accurately portray the warned-against risk. The image is "misleading" to the extent is suggests "that a cancerous mass of that size could arise quickly enough that a reasonable person would not have had an opportunity to seek treatment before this point." Ex. J to RAI Servs. Cmt., Jones Decl. ¶¶ 4-5. Participants in FDA's April 2018 qualitative study (p. 30) likewise reported that the "lump was too large to be realistic."



**WARNING:**
Smoking causes bladder cancer, which can lead to bloody urine.

FDA Description: "The image shows a gloved hand holding a urine specimen cup containing bloody urine resulting from bladder cancer caused by cigarette smoking." 85 Fed. Reg. at 15,675.

**The warning is not "purely factual and uncontroversial."**

- The image of a red-orange colored liquid in a specimen cup is not a "pure attempt[] to convey information," but instead seeks to advance FDA's anti-smoking viewpoint by "evok[ing] an emotional response" in consumers. *R.J. Reynolds*, 696 F.3d at 1216-17. The image is clearly aimed at provoking an emotional reaction of fear or disgust.

**The warning fails to advance FDA's asserted interest in a manner no more extensive than necessary.**

- The selected image does not effectively convey the health information FDA asserts. No reasonable consumer would be able to determine from the image alone that the liquid depicted is "bloody urine," let alone "bloody urine resulting from bladder cancer." All the image conveys is that an unknown person with a gloved hand is holding an unspecified red-orange liquid in a sample cup. FDA's own studies show this:
  - FDA's April 2018 qualitative study (p. 35) reports that "[t]he most common interpretation of the image was that it was a urine sample," but only "[s]ome participants said that there was blood in the urine"—and then, only *after* seeing an image of "blood in a toilet, which may have influenced responses."
  - Participants deemed this graphic warning the *least* effective warning for demonstrating how smoking causes cancer, with only 1.8% of study participants selecting it. *Id.* at 37.

- The warning states that smoking "causes" bladder cancer, despite an FDA study finding that consumers react negatively to that kind of definitive phrasing. July 2015 Study Rpt. 52. FDA's July 2015 study reports that "[m]ost adult participants did not believe" the statement that smoking causes bladder cancer. *Id.* at 26.

- Participants ranked the text of the warning as significantly *less* believable and factual than the generic TCA cancer warning statement. April 2018 Quantitative Study Rpt. 3-9 (70), 3-12 (73). The textual statement did not demonstrate statistically improvements in measures of informativeness or "thinking about risks." *Id.* at 3-8-3-9 (69-70).

- The warning ranked as significantly *less* factual than the Surgeon General's warnings. May 2019 Study Rpt. 3-6 (102).

**The warning is misleading.**

- The warning misleads consumers about the relative, smoking-attributable risks because it: 1) suggests that bloody urine is a more serious health concern than bladder cancer, a fatal disease; 2) suggests to consumers that bladder cancer is just as or more prevalent than other, more-prevalent smoking-related conditions that the warnings depict, such as COPD, peripheral vascular disease, stroke, or coronary heart disease; 3) suggests to consumers that their relative risk of bladder cancer is the same as their relative risk of exposure to other smoking-related conditions with smaller relative risk rates, such as cataracts, erectile dysfunction, or type 2 diabetes; and 4) emphasizes bladder cancer while FDA omits numerous other conditions with worse survival rates. *See* Altria Cmt. fig.8.



**FDA Description:** The image depicts "[a]n infant with low birth weight resulting from stunted fetal growth. The image shows a newborn infant on a medical scale, and the digital display on the scale reads four pounds." 85 Fed. Reg. at 15,676.

**The warning is not "purely factual and uncontroversial."**

- The image of a small, crying, newborn infant is not a "pure attempt[] to convey information," but instead seeks to advance FDA's anti-smoking viewpoint by "evok[ing] an emotional response" in consumers. *R.J. Reynolds*, 696 F.3d at 1216-17. The image is clearly aimed at triggering an instinctive, emotional need in adult viewers to comfort the child and alleviate its distress—distress that is "unnecessary" to convey the relevant health risk. 85 Fed. Reg. at 15,677. FDA's June 2016 Study (p. 97) confirms this reaction:

  - Study participants described an earlier similar image as "heartbreaking" and "very emotional," with one stating that the image "would really creep me out."

  Indeed, the moderators of FDA's June 2016 study recommended that FDA keep the warning due to the "clear[]" emotional response it evoked in participants. *See id.* at 164.

**The warning fails to advance FDA's asserted interest in a manner no more extensive than necessary.**

- Contrary to FDA's asserted interest, the warned-against harm is not a "less-known" health consequence of smoking. The Surgeon General's warnings, which FDA concedes cover well-known health risks, have long warned against fetal harm. FDA's studies also report that "few," if any, participants found the warning to contain new information. April 2018 Qualitative Study Rpt. 23. *Accord* July 2015 Study Rpt. 33 (earlier similar warning statement provided new information to 0.0% of study participants); June 2016 Study Rpt. 94 (earlier similar image "did not provide new information to participants").

- The textual warning statement did not demonstrative statistically improvements in measures of informativeness or "thinking about risks." April 2018 Quantitative Study Rpt. 3-8-3-9 (69-70), 3-11 (72).

- The graphic warning does not effectively convey the health information FDA asserts. FDA's April 2018 qualitative study (p. 26) reports that 0.6% of participants selected the warning as the text/image pairing that best illustrated fetal harm. The warning also did not meaningfully affect participants' health beliefs about smoking after repeated exposure. *See* May 2019 Study Rpt. 3-15 (111) tbl.3-7 & 3-16 (112) tbl.3-8.

**The warning is misleading.**

- Although FDA has provided scientific support for the link between maternal smoking and lower birth weight, the scale's depiction of "4.00 lbs." conveys a very low birth weight commonly associated with premature birth. FDA has not claimed, let alone demonstrated, that a birth weight of four pounds is a likely outcome of maternal smoking. Yet the image would mislead consumers into believing that maternal smoking will commonly cause low birth weight to this degree.



**FDA Description:** The image "depict[s] a patient who recently underwent heart surgery to treat heart disease caused by smoking. The image shows the chest of a man (aged 60-70 years) wearing an open hosptial gown. The man has a large, recently-sutured incision running down the middle of his chest and is undergoing post-operative monitoring." 85 Fed. Reg. at 15,677.

**The warning is not "purely factual and uncontroversial."**

- The image of a man with a large, recently sutured incision is not a "pure attempt[] to convey information," but instead seeks to advance FDA's anti-smoking viewpoint by "evok[ing] an emotional response" in consumers. *R.J. Reynolds*, 696 F.3d at 1216-17. The image is clearly intended to disgust or shock consumers by depicting a graphic wound, or to make consumers fearful of the prospect of needing to undergo major heart surgery and medical monitoring. FDA's June 2016 Study (p. 81) underscores this:

  o "The cut down the middle of the subject's test was the most attention-grabbing part" of an earlier similar image, the study reported, with many respondents stressing the harm from the incision.

  FDA's study (p. 162) recommended that FDA emphasize the incision even more as the "focal point of the image"—a recommendation FDA implemented in the final image.

**The warning fails to advance FDA's asserted interest in a manner no more extensive than necessary.**

- Contrary to FDA's asserted interest, the warned-against harm is not a "less-known" health consequence of smoking. The Surgeon General's warnings, which FDA concedes cover well-known health risks, have long warned against heart disease.

- The selected image does not effectively convey the health information FDA asserts. The image, on its own, does not convey that the individual depicted either suffered from heart disease or a stroke. FDA's studies bear this out:

  o According to FDA's June 2016 study (p. 77), participants deemed an earlier version of the image "unclear" because "[s]ome thought the subject might have lung cancer, while others thought the subject needed heart surgery." The study classified this image as a "[h]igh confusion image[]" that "received 'low' scores on both subject and message clarity." *Id.* at 156.

  o FDA's April 2018 qualitative study (p. 59) likewise reports that "[m]any participants were confused about the scar and the tubes" and the "type of surgery" depicted by the image.

- The textual warning statement did not demonstrative significant improvements in measures of informativeness or "thinking about risks." April 2018 Quantitative Study Rpt. 3-8-3-9 (69-70), 3-11 (72). Participants in FDA's April 2018 qualitative study (p. 59) deemed the image unrealistic. The graphic warning did not meaningfully affect participants' health beliefs about smoking after repeated exposure. *See* May 2019 Study Rpt. 3-15 (111) tbl.3-7 & 3-16 (112) tbl.3-8.

**The warning is misleading.**

- The warning misleads consumers about the relative, smoking-attributable risks because it: 1) suggests to consumers that their risk of exposure to heart disease and strokes is the same as their risk of exposure to other warned-against conditions with smaller relative risk rates, such as cataracts, erectile dysfunction, or type 2 diabetes, *see* Altria Cmt. tbl.1; 2) emphasizes heart disease and strokes while FDA omits several other conditions with worse survival rates, *see id.* fig.8.



**WARNING:** Smoking causes COPD, a lung disease that can be fatal.

FDA Description: The "image depict[s] a man receiving oxygen support because he has COPD caused by cigarette smoking. The image shows the head and neck of a man (aged 50-60 years) who has a nasal cannula under his nose supplying oxygen; the oxygen tank can be seen behind his left shoulder." 85 Fed. Reg. at 15,678.

**The warning is not "purely factual and uncontroversial."**

- The image of a man receiving oxygen through an oxygen tank and nasal cannula is not a "pure attempt[] to convey information," but instead seeks to advance FDA's anti-smoking viewpoint by "evok[ing] an emotional response" in consumers. *R.J. Reynolds*, 696 F.3d at 1216-17. The image appears designed to make consumers fearful of the prospect of needing to rely upon an oxygen tank to survive. FDA's internal studies illustrate this:
  - ○ FDA's April 2018 qualitative study (p. 40) reports that participants stated "the man has been smoking/sick for a long time," that "he can't get enough oxygen," and "that he'd have to take the tank with him everywhere."
  - ○ Participants in FDA's June 2016 study (p. 42) reported that an earlier, similar image was "especially attention-grabbing" because of "the man's miserable expression and external oxygen aids."

  Indeed, FDA's June 2016 study recommended that FDA "[r]etain the look of misery/sadness/resignation on the man's face," and FDA apparently agreed to do so. *Id.* at 159.

**The warning fails to advance FDA's asserted interest in a manner no more extensive than necessary.**

- Contrary to FDA's asserted interest, the warned-against harm is not a "less-known" health consequence of smoking. The Surgeon General's warnings, which FDA concedes cover well-known health risks, have long warned against smoker lung disease. FDA's own studies confirm this. *See* June 2016 Study Rpt. 38; July 2015 Study Rpt. 16, 20.

- The selected image does not effectively convey the health information FDA asserts, as FDA's studies demonstrate:
  - ○ Participants in FDA's April Qualitative 2018 Study (p. 40) expressed "some confusion about the oxygen tubes." FDA's June 2016 Study (p. 39) reports that participants knew the man "has a breathing problem," without knowing the condition.

- The warning states that smoking "causes" COPD, despite an FDA study finding that consumers react negatively to that kind of definitive phrasing. July 2015 Study Rpt. 52; *see also id.* at 19.

- Only 5.9% of study participants selected this graphic warning as the text/image pairing that best illustrates smoker lung disease. April 2018 Qualitative Study Rpt. 47. The warning did not meaningfully affect participants' health beliefs about smoking after repeated exposure. *See* May 2019 Study Rpt. 3-15 (111) tbl.3-7 & 3-16 (112) tbl.3-8.

**The warning is misleading.**

- The warning misleads consumers about the relative, smoking-attributable risks because it: 1) suggests to consumers that their relative risk of exposure to COPD is the same as their relative risk of exposure to other smoking-related conditions with smaller relative risk rates, such as bladder cancer, peripheral vascular disease, stroke, coronary heart disease, cataracts, erectile dysfunction, or type 2 diabetes, *see* Altria Cmt. tbl.1; and 2) emphasizes COPD while FDA omits several other conditions with worse survival rates, such as stomach, liver, or pancreatic cancer, *see id.* fig.8.

| **WARNING:** Smoking reduces blood flow, which can cause erectile dysfunction.<br><br>FDA Description: The "image depict[s] a man who is experiencing erectile dysfunction caused by smoking. The image shows a man (aged 50-60 years) sitting on the edge of a bed and leaning forward, with one elbow resting on each knee. The man's head is tilted down, with his forehead pressed into the knuckles of his right hand. Behind him on the bed, his female partner looks off in another direction." 85 Fed. Reg. at 15,680. | **The warning is not "purely factual and uncontroversial."**<br><br>• The selected bedroom scene of a despondent man and a woman "look[ing] off in another direction" is not a "pure attempt[] to convey information," but instead seeks to advance FDA's anti-smoking viewpoint by "evok[ing] an emotional response" in consumers. *R.J. Reynolds*, 696 F.3d at 1216-17. The image is clearly designed to generate embarrassment and shame in viewers regarding the sensitive topic of sexual intimacy. FDA's June 2016 Study (p. 165) underscores this:<br><br>   ○ After study participants deemed prior, very different images incomprehensible, the study recommended (and FDA apparently implemented): "Make it clear that the man's emotion is shame."<br><br>**The warning fails to advance FDA's asserted interest in a manner no more extensive than necessary.**<br><br>• The selected image does not effectively convey the health information FDA asserts. The man on the bed may be experiencing erectile dysfunction. Or he may be distressed for unrelated reasons. The image on its own in no way illuminates how smoking could cause erectile dysfunction. FDA's April 2018 qualitative study (p. 70) shows this:<br><br>   ○ "Many participants agreed that without the words, it was difficult to know what the image was depicting," and gave a "wide variety of interpretations for this image," such as "[t]he couple could have a strained relationship," or "[t]he woman is in 'la land,'" or "[s]tress/depression."<br><br>• Participants ranked the warning's text as significantly *less* believable and factual than the generic TCA warning statements. *See* April 2018 Quantitative Study Rpt. 3-9 (70), 3-12 (73). The text did not show a statistically significant improvement in informativeness, and prompted participants to indicate that they were significantly *less* likely to think about the warned-against health risk. *Id.* at 3-9 (70) & tbl.3-5, 3-11 (72) & tbl.3-6.<br><br>• Participants ranked the graphic warning as significantly *less* factual than the Surgeon General's warnings. May 2019 Study Rpt. 3-6 (102). The warning did not meaningfully affect participants' health beliefs about smoking after repeated exposure. *See id.* at 3-15 (111) tbl.3-7 & 3-16 (112) tbl.3-8.<br><br>**The warning is misleading.**<br><br>• The warning misleads consumers about the relative, smoking-attributable risks because it: 1) suggests to consumers that their risk of exposure to smoking-attributable erectile dysfunction is the same as or greater than their risk of exposure to other, more-prevalent smoking-related conditions, *see* Altria Cmt. tbl.1; 2) emphasizes a chronic, non-fatal condition, while FDA omits other conditions with high mortality rates, such as trachea, bronchus, and lung cancer, pancreatic cancer, stomach cancer, liver cancer, and acute myeloid leukemia, *see id.* fig.8; and 3) focuses on erectile dysfunction while omitting mention of more common side effects of low blood flow, such as numbness or weakness in the legs. |



**FDA Description:** The "image depict[s] the feet of a person who had several toes amputated due to tissue damage resulting from peripheral vascular disease (PVD) caused by cigarette smoking." 85 Fed. Reg. at 15,681.

**The warning is not "purely factual and uncontroversial."**

- The image of a pair of discolored and disfigured feet with several toes amputated is not "purely factual and uncontroversial," but instead seeks to advance FDA's anti-smoking viewpoint by "evok[ing] an emotional response" in consumers. *R.J. Reynolds*, 696 F.3d at 1216-17. The unsightly image is clearly designed to provoke either disgust at the sight of the image, fear at the prospect of undergoing an amputation, or both. FDA's internal studies highlight this:
  - FDA's April 2018 qualitative study (p. 68) reports: "The idea of losing limbs scares some participants and grabs their attention." Participants in FDA's June 2016 study (pp. 126, 130) found a similar earlier image "very attention-grabbing . . . due to the startling image of a subject with missing toes," and repeatedly reacted to the image because it was "gross," "powerfully disturbing," provoked "disgust," and had "shock value."

**The warning fails to advance FDA's asserted interest in a manner no more extensive than necessary.**

- The selected image does not effectively convey the health information FDA asserts. No reasonable consumer would be able to determine from the image alone that the individual whose feet are depicted had an amputation due to "tissue damage from peripheral vascular disease." The only thing discernible from the image is that the depicted feet are blackened and missing several toes. FDA's studies confirm this:
  - FDA's April 2018 qualitative study (p. 67) indicates that participants said "[t]he cause of the foot problem is unclear" and found the image "confusing on its own." The study thus reported that "[t]he connection to smoking is not clear." *Id.* Participants in FDA's June 2016 study (p. 126) observed missing toes, "but the reason why or how was unclear." The study concluded "many will not associate [the image] with circulatory complications . . . without the text warning." *Id.* at 166.

- Participants deemed the text of the warning significantly *less* believable and factual than the generic TCA warning statements. *See* April 2018 Quantitative Study Rpt. 3-9 (70), 3-12 (73). The text did not demonstrate a significant improvement in informativeness. *Id.* at 3-11 (72) & tbl.3-6.

- Participants deemed the graphic warning significantly *less* factual than the Surgeon General's warnings. May 2019 Study Rpt. 3-6 (102).

**The warning is misleading.**

- The warning misleads consumers about the relative, smoking-attributable risks because it: 1) suggests to consumers that peripheral vascular disease is just as or more prevalent than other, more-prevalent smoking-related conditions that other warnings depict; 2) suggests that consumers' risk of exposure to peripheral vascular disease is the same as their risk of exposure to other conditions with smaller relative risk rates, *see* Altria Cmt. tbl.1; 3) emphasizes peripheral vascular disease, while FDA omits other conditions with worse survival rates, *see id.* fig.8; and 4) depicts a complication that is a "rare" effect of reduced blood flow, *see* Ex. K to RAI Servs. Cmt., Wagmeister Decl. ¶ 5.



FDA Description: The "image depict[s] a personal glucometer device being used to measure the blood glucose level of a person with type 2 diabetes caused by cigarette smoking. The digital display reading of 175 mg/dL and a notation on the glucometer indicate a high blood sugar level." 85 Fed. Reg. at 15,682.

**The warning is not "purely factual and uncontroversial."**

- The image of a needle drawing blood and discolored fingernails is not "purely factual and uncontroversial," but instead seeks to advance FDA's anti-smoking viewpoint by "evok[ing] an emotional response" in consumers. *R.J. Reynolds*, 696 F.3d at 1216-17. The image aims to provoke the emotional reaction of fear many experience when faced with the prospect of a medical procedure involving needles, or to stigmatize smokers as dirty. FDA's internal studies highlight this:

  - FDA apparently followed recommendations from its June 2016 study (p. 166) to heighten emotional aspects of the image by making the "blood . . . more discernible" and "the finger appear somewhat less 'healthy'" than an earlier, similar image. FDA's April 2018 qualitative study (p. 64) reports that all groups of participants "discussed the fingernails being yellow, crusty, discolored, or dirty."

**The warning fails to advance FDA's asserted interest in a manner no more extensive than necessary.**

- The selected image does not effectively convey the health information FDA asserts. The average consumer is unlikely to be aware of the meaning of the image generally or the "175" figure. FDA's studies show this:

  - Respondents in FDA's June 2016 study (p. 123) characterized the image as "unclear" and "confusing," with one noting that the image depicts "[u]nhealthiness," but "I have no idea why" or "how." FDA's April 2018 qualitative study (p. 64) similarly reports that "[s]ome participants didn't know what the rating ('175') meant . . ."

- The warning states that smoking "causes" diabetes, despite an FDA study finding that consumers react negatively to that kind of definitive phrasing. July 2015 Study Rpt. 52.

- Participants ranked the warning's text as significantly *less* believable and factual than the generic TCA warning statements. *See* April 2018 Quantitative Study Rpt. 3-9 (70), 3-12 (73). The text did not show statistically significant improvements in informativeness or the "thinking about risks" measure. *Id.* at 3-9 (70) & tbl.3-5, 3-11 (72) & tbl.3-6.

- Participants deemed the graphic warning *less* factual than the Surgeon General's warnings. May 2019 Study Rpt. 3-6 (102).

**The warning is misleading.**

- The warning misleads consumers about the relative, smoking-attributable risks because it: 1) suggests that consumers' risk of exposure to type 2 diabetes is the same as or greater than their risk of exposure to other, more-prevalent smoking-related conditions, *see* Altria Cmt. tbl.1; 2) emphasizes diabetes while FDA omits several other conditions with worse survival rates, *see id.* fig.8; and 3) emphasizes "raise[d] blood sugar" while omitting other, more serious consequences of diabetes.

- The warning does not accurately depict the warned-against health risk, as "175" does not necessarily represent an unsafe blood glucose level for all individuals with diabetes. *See* Am. Diabetes Ass'n, Cmt. 2.



**WARNING:** Smoking causes cataracts, which can lead to blindness.

FDA Description: The "image depict[s] a closeup of the face of a man (aged 65 years or older) who has a cataract caused by cigarette smoking. The man's right pupil is covered by a large cataract." 85 Fed. Reg. at 15,683.

**The warning is not "purely factual and uncontroversial."**

- The image of a man with one artificially enhanced, discolored eye is not a "pure attempt[] to convey information," but instead seeks to advance FDA's anti-smoking viewpoint by "evok[ing] an emotional response" in consumers. *R.J. Reynolds*, 696 F.3d at 1216-17. The discomforting image is clearly aimed at shocking the viewer or generating fear at the prospect of experiencing the condition in the image.

**The warning fails to advance FDA's asserted interest in a manner no more extensive than necessary.**

- The selected image does not effectively convey the health information FDA asserts. The image on its own, without the accompanying text, simply shows a man with one eye differently colored than the other. There is no reason for a consumer to know that the depicted eye-color variation represents "a large cataract." FDA's June 2016 study (p. 143) confirms this:

  - "[M]ost participants" found the image "unclear upon initial exposure; many had to be shown the larger image for clarity," and "[a] large number could not glean any health consequences from the image." The study thus classified the image as a "[h]igh confusion image[]" that "received 'low' scores on both subject and message clarity." *Id.* at 156.

- The warning states that smoking "causes" cataracts, despite an FDA study finding that consumers react negatively to that kind of definitive phrasing. July 2015 Study Rpt. 52.

- Participants ranked the warning's text as significantly *less* believable and factual than the generic TCA warning statements. *See* April 2018 Quantitative Study Rpt. 3-9 (70), 3-12 (73). The text did not show statistically significant improvements in informativeness or the "thinking about risks" measure. *Id.* at 3-9 (70) & tbl.3-5, 3-11 (72) & tbl.3-6.

- Participants deemed the graphic warning significantly *less* factual than the Surgeon General's warnings. May 2019 Study Rpt. 3-6 (102).

**The warning is misleading.**

- The warning misleads consumers about the relative, smoking-attributable risks because it: 1) suggests to consumers that their risk of exposure to smoking-attributable cataracts and blindness is the same as or greater than their risk of other, more-prevalent smoking-related conditions that other warnings depict, such as COPD, *see* Altria Cmt. tbl.1; 2) emphasizes a chronic, non-fatal condition, while FDA omits from the warnings other conditions with high mortality rates, *see id.* fig.8; and 3) emphasizes an outcome—blindness—that occurs in only a small minority of cases of cataracts.

- The warning does not accurately depict the warned-against risk. The vast majority of cataracts are undetectable by the unaided human eye. Ex. H to RAI Servs. Cmt., Davidorf Decl. ¶¶ 7-8.